UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 28  P 4:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TERRY GEXLER<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>    Defendant | 04 - 12305 RGS<br><br>RECEIPT # 59688<br>AMOUNT $ 150<br>SUMMONS ISSUED ✓<br>LOCAL RULE 4.1<br>WAIVER FORM<br>MCF ISSUED<br>BY DPTY. CLK.<br>DATE 10/29/04 |

MAGISTRATE JUDGE _____

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant United Parcel Service Inc. ("UPS") hereby removes to this Court the above action pending in the Superior Court Department of the Trial Court, Suffolk County, Massachusetts (the "Action"). UPS removes this Action by special appearance without waiving any defenses or objections.

Removal of this Action is proper for the following reasons:

1. On or about August 24, 2004, Terry Gexler commenced this Action against UPS in Massachusetts Superior Court in Suffolk County Massachusetts. True and accurate copies of the Summons and the Complaint are filed with this Petition in accordance with 28 U.S.C. §1446 (a) and are attached as Exhibit A.

2. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over this Action because the matter in controversy, on information and belief, exceeds the sum or value of $75,000.00 and is between citizens of different states. The Plaintiff demands $187,000 in damages, which includes lost wages and medical expenses. (See Superior Court Civil Action Coversheet attached hereto as Exhibit B). The Plaintiff resides in Franklin County, Massachusetts and UPS is a corporation duly organized and

existing under the laws of the state of New York. UPS' principle place of business is not in Massachusetts. No other defendants have been named in the Plaintiff's Complaint.

3. This Petition for Removal is filed with this Court on a timely basis as required by 28 U.S.C. § 1446(b), as it is brought within thirty (30) days of the Plaintiff's service of the Complaint upon UPS.

4. Pursuant to 28 U.S.C. § 1446(d), UPS will promptly serve this Petition for Removal upon the Plaintiff and will file the Notice of this Petition for Removal with the Suffolk County Superior Court in Massachusetts on a timely basis.

WHEREFORE, UPS respectfully requests that this Action be removed to this Court from the Superior Court of the Commonwealth of Massachusetts for the County of Suffolk.

United Parcel Service Inc.
By its attorneys

_____
Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 10/28/04

Date: October 28, 2004