| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Terry Gexler | United Parcel Service Co. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE  Michael R. Rawson, Rawson Merrigan & Merrigan, 530 Atlantic Ave., Boston, MA 02210 | ATTORNEY (If known) |
| Board of Bar Overseers number: 555361  617-348-0988 | |

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Refusal to Hire | (F) | (x) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $..........
2. Total Doctor expenses ............................................. $..........
3. Total chiropractic expenses ............................................. $..........
4. Total physical therapy expenses ............................................. $..........
5. Total other expenses (describe) ............................................. $..........

Subtotal $..........

B. Documented lost wages and compensation to date ............................................. 
C. Documented property damages to date ............................................. $.134,000.00
D. Reasonably anticipated future medical and hospital expenses ............................................. $..........
E. Reasonably anticipated lost wages ............................................. $..50,000.00
F. Other documented items of damages (describe) Attorney's Fees & Expenses to date ............................................. $...3,000.00

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)     $.187,000.00
The defendant has refused to rehire the Plaintiff in violation of M.G.L. Ch.152 sec.75A. Plaintiff seeks monetary damages and further damages per said statute.

$..........

TOTAL $.187,000.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 8/24/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000