UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 NOV -4  P 3: 23

TERRY GEXLER )
    Plaintiff )
)  Civ. Action # 04-12305RGS
v. )
)
)
UNITED PARCEL SERVICE, INC. )
    Defendant )

## MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

United Parcel Service Inc. ("UPS") requests an additional thirty days to file its responsive pleading. The parties are attempting to resolve the issues in this case. Counsel for the Plaintiff, Terry Gexler, has been contacted and he does not object to this motion.

United Parcel Service Inc.
By its attorneys

Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: November 4, 2004