UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TERRY GEXLER ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. # 04-12305RGS |
| ) | |
| UNITED PARCEL SERVICE, INC. ) | |
| Defendant ) | |

## ANSWER OF UNITED PARCEL SERVICE INC.
## TO PLAINTIFF'S COMPLAINT

United Parcel Service Inc. ("UPS") answers the Plaintiff's Complaint as follows:

1. UPS is without sufficient information to either admit or deny the information contained in paragraph one.

2. UPS admits that UPS is a corporation, with a principal place of business located at 55 Glenlake Parkway, Northeast Atlanta, Georgia. UPS denies that it is a corporation organized under the laws of the State of Delaware.

3. UPS makes no response to paragraph three as it is in the nature of a legal conclusion rather than a factual assertion and therefore leaves plaintiff to his proof.

4. UPS admits that the Plaintiff was employed with UPS as a full time driver on and before January 28, 1999.

5. UPS admits that the Plaintiff was injured in a motor vehicle accident while in the course of his employment with UPS on January 28, 1999.

6. UPS admits the allegations contained in paragraph six.

7. UPS admits the allegations contained in paragraph seven.

8. UPS admits the allegations contained in paragraph eight.

9. UPS denies the allegations contained in paragraph nine upon its information and belief.

10. UPS admits the allegations contained in paragraph ten.

11. UPS denies the allegations contained in paragraph eleven upon its information and belief.

12. UPS denies the allegations contained in paragraph twelve.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's complaint should be dismissed on the grounds that he has failed to mitigate his damages.

United Parcel Service Inc.
By its attorneys

*/s/ Laurie Alexander-Krom*

Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: December 9, 2004