UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
TERRY GEXLER                  )
         Plaintiff            )
                              )
v.                            )     Civil Action No. 04-12305RGS
                              )
UNITED PARCEL SERVICE, INC.   )
         Defendant            )
_____)

## JOINT STATEMENT IN PREPARATION FOR SCHEDULING CONFERENCE

Pursuant to Local Rule 16.1, the following is the Joint Statement of both parties in preparation for the Scheduling Conference in the above referenced case:

I.   **Proposed Discovery Plan**

a.   Initial Disclosure due by February 24, 2005;

b.   All motion to amend or supplement shall be filed by March 24, 2005;

c.   All fact discovery shall be served by June 1, 2005 and completed by July 1, 2005;

d.   All expert witnesses on behalf of the plaintiff shall be designated in accordance with the Federal Rules of Civil Procedure and the Local rules by August 1, 2005;

e.   All experts who may be witnesses on behalf of UPS shall be designated by September 15, 2005;

f.   All expert depositions shall be completed by November 1, 2005; and

g.   All dispositive motions shall be filed by December 1, 2005.

II. **Certification**

Parties will be filing these certifications individually.

| | |
|---|---|
| Terry Gexler<br>By his attorneys, | United Parcel Service Inc.<br>By its attorneys, |
| */s/ Steven Litner (LAK)*<br>Michael R. Rawson, Esq.<br>Steven M. Litner, Esq.<br>Rawson Merrigan & Merrigan, LLP<br>530 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>617-348-0988 | */s/ Laurie Alexander-Krom*<br>Hugh F. Murray, III, BBO# 557175<br>Laurie Alexander-Krom, BBO# 637385<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>617-457-4000 |

Date: January 13, 2005