UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1/19/05

TERRY GEXLER )
    Plaintiff )
)
v. )      Civil Action No. 04-12305RGS
)
UNITED PARCEL SERVICE, INC. )
    Defendant )

### CERTIFICATION OF UNITED PARCEL SERVICE INC. IN PREPARATION FOR SCHEDULING CONFERENCE

I, Laurie Alexander-Krom, as counsel for United Parcel Service Inc., and I, Timothy Casey, as an authorized representative of United Parcel Service Inc. hereby certify that we have conferred with regard to both case budgeting and the use of alternative dispute resolution programs.

_Laurie Alexander-Krom_
Laurie Alexander-Krom

_Tim Casey_
Tim Casey
UPS Employee Relations Manager

United Parcel Service Inc.
By its attorneys

_Laurie Alexander-Krom_
Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: January 18, 2005