UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12305-RGS

| | |
|---|---|
| TERRY GEXLER,<br>Plaintiff, | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED PARCEL SERVICE, INC.,<br>Defendant. | )<br>)<br>)<br>) |

## PLAINTIFF'S AUTOMATIC DISCLOSURE

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the plaintiff submits the following information relevant to the disputed facts in the above-captioned matter:

I.  The following individuals are likely to have discoverable information relevant to the allegations set forth in the plaintiff's complaint:

   a. Terry Gexler;

   b. Barry E. Poret, M.D., 5 Adams Road, Greenfield, MA 01301;

   c. James Peabody, Liberty Mutual Insurance, 520 White Plains Avenue, Tarrytown, NY 10591;

   d. Chris Collins, Liberty Mutual Insurance, 520 White Plains Avenue, Tarrytown, NY 10591;

   e. William Groves, Liberty Mutual Insurance, Westwood, MA;

   f. William Anderson, UPS, 90 Locust Street, Hartford, CT 06114;

   g. Victor Birch, UPS, 90 Locust Street, Hartford, CT 06114;

    h. Joe Diagua, UPS, Personnel Office, West Springfield, MA;

    i. Jeff Mazey, UPS, Manager, South Deerfield, MA;

    j. Mike Covey, UPS Driver, South Deerfield, MA; and

    k. Michael O'Connor, Business Agent, Teamsters 404

II. The following documents in the possession, custody or control of the plaintiff/plaintiff's counsel include the following:

    a. Medical records relating to the injuries the plaintiff sustained as a result of the industrial accident of January 28, 1999;

    b. Lump sum agreement, consent form and other pertinent documents relative to the lump sum settlement of the plaintiff's industrial accident claim of January 28, 1999;

    c. Medical clearance note dated April 4, 2003 from plaintiff's primary care physician, Barry E. Poret, M.D.;

    d. Letter dated March 14, 2003 from Plaintiff's counsel directed to Chris Collins of Liberty Mutual Insurance Company; and

    e. Letter dated April 9, 2003 from Plaintiff's counsel directed to Victor Birch of United Parcel Service;

THE PLAINTIFF,
TERRY GEXLER

By: /s/ Michael R. Rawson
Michael R. Rawson, Esq., of
RAWSON MERRIGAN &
MERRIGAN, LLP
530 Atlantic Avenue, Third Floor
Boston, MA  02210
(617) 348-0988
B.B.O. No.: 555361

Dated: 2/15/05

## Certificate of Service

    I, Michael R. Rawson, hereby certify that a copy of the Plaintiff's Automatic Disclosure has been served by mailing a copy of same first-class mail, postage prepaid this 16th day of February, 2005 to: Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110-2320.

Attorney for the Plaintiff,

_____
Michael R. Rawson, BBO # 555361
**Rawson Merrigan & Merrigan, LLP**
530 Atlantic Avenue - 3rd Floor
Boston, MA 02210
(617) 348-0988