UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY GEXLER<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>    Defendant | Civil Action No. # 04-12305RGS |

### MOTION OF UNITED PARCEL SERVICE INC. FOR LEAVE TO AMEND ITS ANSWER TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 15 (a) of the Federal Rule of Civil Procedure, the defendant, United Parcel Service Inc. ("UPS") requests leave to amend its Answer to Plaintiff's Complaint. (See UPS' Amended Answer attached hereto as Exhibit A). Fed. R. Civ. P. 15 (a) specifically states that leave shall be freely given when justice so requires. As grounds for this motion, UPS cites to its Memorandum in support of its Motion to Amend its Answer to Plaintiff's Complaint.

                                      United Parcel Service Inc.
                                      By its attorneys

                                      */s/ Laurie Alexander-Krom*
                                      Hugh F. Murray, III, BBO# 557175
                                      Laurie Alexander-Krom, BBO# 637385
                                      Murtha Cullina LLP
                                      99 High Street
                                      Boston, MA 02110
                                      617-457-4000

Date: April 14, 2005