UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TERRY GEXLER,<br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)    Civ. Action No. 04-12305RGS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Notice is hereby given that Steven M. Litner of Rawson Merrigan & Merrigan, LLP, 530 Atlantic Avenue, Third Floor, Boston, Massachusetts is hereby entering his appearance on behalf of the Plaintiff.

Respectfully Submitted,
By Counsel for the Plaintiff,

_____
Steven M. Litner, BBO No. 630247
**RAWSON MERRIGAN & MERRIGAN, LLP**
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210
(617) 348-0988

Date: 4/21/05