UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

6/29/05

)
TERRY GEXLER )
    Plaintiff )
)
v. ) Civil Action No. # 04-12305RGS
)
UNITED PARCEL SERVICE, INC. )
    Defendant )
)

## JOINT MOTION TO EXTEND DISCOVERY AND SUMMARY JUDGMENT MOTION DEADLINES

United Parcel Service Inc. and Terry Gexler jointly move to extend the deadline for the discovery period to August 30, 2005 on the grounds that the parties need additional time to complete the scheduled depositions. The parties also jointly move to extend the deadline for filing summary judgment motions and briefs to October 1, 2005.

Terry Gexler
By his attorneys,

*/s/ Steven Litner (LAK)*

Steven M. Litner, Esq., BBO #630247
Rawson Merrigan & Merrigan, LLP
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210
617-348-0988

United Parcel Service Inc.
By its attorneys,

*/s/ Laurie Alexander-Krom*

Hugh F. Murray, III, BBO #557175
Laurie Alexander-Krom, BBO #637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: June 28, 2005