UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY GEXLER<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>    Defendant | Civil Action No. # 04-12305RGS |

**MOTION TO EXTEND TIME TO
FILE RESPONSES TO
PLAINTIFF'S REQUESTS FOR ADMISSIONS**

United Parcel Service Inc. ("UPS") requests an additional ten days (until August 8, 2005) to file its responses to Plaintiff's Requests for Admissions. Counsel for the Plaintiff, Terry Gexler, has been contacted and he does not object to this motion.

United Parcel Service Inc.
By its attorneys,

_____
Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: July 28, 2005