UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRY GEXLER )
    Plaintiff )
 )
v. )   Civil Action No. # 04-12305RGS
 )
UNITED PARCEL SERVICE, INC. )
    Defendant )

## MOTION TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTION

United Parcel Service Inc. ("UPS") requests that the deadline for filing its Motion for Summary Judgment be extended for thirty (30) days until October 31, 2005. The grounds for this motion are that the deposition of the Plaintiff's physician had to be rescheduled to late September. In addition, the physical examination of the Plaintiff pursuant to Fed. R. Civ. P. 35 is scheduled for September as well. The deposition testimony and the results of the Rule 35 examination will determine the scope of UPS' summary judgment motion.

The Plaintiff, Terry Gexler, does not oppose this motion.

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 9/8/05      CAK

United Parcel Service Inc.
By its attorneys

Laurie Alexander-Krom

Michael Harrington
Laurie Alexander-Krom
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: September 8, 2005