UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY GEXLER )<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC. )<br>    Defendant )<br>) | Civil Action No. # 04-12305RGS |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Michael C. Harrington of Murtha Cullina LLP as attorney for Defendant United Parcel Service, Inc. in the above-referenced action.

                                        United Parcel Service Inc.
                                        By its attorneys

                                        Michael Harrington (BBO #6561)
                                        mharrington@murthalaw.com

                                        Murtha Cullina LLP
                                        CityPlace I - 185 Asylum Street
                                        Hartford, Connecticut 06103-34(
                                        Telephone: (860) 240-6000

Date: September 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was mailed first-class, postage prepaid, on this 16th day of September, 2005 to:

Steven M. Litner, Esq.
Rawson Merrigan & Merrigan, LLP
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210

_____
Michael Colgan Harrington

833049