UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Terry Gefler_
Plaintiff(s)

v.

_United Parcel Service_
Defendant(s)

CIVIL ACTION
NO. 04-12305-RGS

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _ADR Program (Judge Dein)_ for the following ADR program:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION        ✓ MEDIATION *

\_\_\_\_\_ MINI-TRIAL                      \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE           \_\_\_\_\_ SPECIAL MASTER

\_\_\_\_\_ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.    If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_7-18-06._
DATE

_Richard G. Stearns_
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | | |

(adrrefl.ord - 4/29/94)    * _Trial is scheduled for 10/23/06 before Stearns, DJ._    [oroladr.]

# MURTHA CULLINA LLP

A T T O R N E Y S  A T  L A W

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320

TELEPHONE (617) 457-4000
FACSIMILE (617) 482-3868
www.murthalaw.com

July 13, 2006

Honorable Judge Richard G. Stearns
c/o Ms. Mary H. Johnson
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:   **Terry Gexler v. United Parcel Service, Inc.**
      **Civil Action No. 04-12305RGS**

Dear Ms. Johnson:

Pursuant to our telephone conversations, both parties in the above-referenced case would like to request that the case be transferred to Magistrate Judge Dein for mediation. Please contact me if you have any questions or need further information.

Very truly yours,

*Laurie Alexander-Krom* (signature)

Laurie Alexander-Krom

LAK/kav

cc    Steven M. Litner, Esq. (Counsel for plaintiff)

BOSTON        HARTFORD        NEW HAVEN        STAMFORD        WOBURN