UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY GEXLER          ] | |
|     Plaintiff         ] | |
|                ] | |
| v.                                   ] | Civil Action No. # 04-12305RGS |
|                ] | |
| UNITED PARCEL SERVICE, INC. ] | |
|     Defendant      ] | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant United Parcel Service, Inc.

/s/ Elizabeth A. Kowal
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000
ekowal@murthalaw.com

## CERTIFICATE OF SERVICE

I, Elizabeth A. Kowal, hereby certify that I have this 15th day of September 2006, electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven M. Litner, Esq.
Rawson Merrigan & Merrigan, LLP
530 Atlantic Avenue, 3rd Floor
Boston, MA  02210

/s/ Elizabeth A. Kowal
Elizabeth A. Kowal, BBO #646320
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000
ekowal@murthalaw.com

339480-1