# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 SEP 21  P 3: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| **TERRY GEXLER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civ. Action No. 04-12305RGS** |
| | ) | |
| **UNITED PARCEL SERVICE, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

Effective September 8, 2006, Rawson Merrigan & Merrigan, LLP, changed its

name and address.

The new firm name and address is as follows:

**RAWSON MERRIGAN & LITNER, LLP
185 DEVONSHIRE STREET
SUITE 1100
BOSTON, MA 02110**

Respectfully submitted
by Plaintiff's Attorney,

Steven M. Litner, BBO No. 630247
**RAWSON MERRIGAN & LITNER, LLP**
185 Devonshire Street, Suite 1100
Boston, MA 02110
(617) 348-0988

Date: 9/18/06